USR LIGHTING, INC. v. BLANCHARD SECURITIES CO.

March 8, 1988.

Petition for certification denied.

IN THE MATTER OF JOSEPH L. NACKSON, ESQUIRE,
CHARGED WITH CONTEMPT OF COURT.

March 8, 1988.

Petition for certification granted.   (See 221 *N.J.Super.* 187)

BERNICE L. CAHAN v. DR. HERBERT CAHAN.

March 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP M. FRENCH, III.

March 8, 1988.

Petition for certification denied.